Printed on: 01/02/2020　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019
**Case Number: 15-14390 (JNP)**

William E. Glancey  
256 Asbury Road  
Egg Harbor Twp., NJ  08234

Monthly Payment: $584.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2019 | $541.00 | 02/12/2019 | $541.00 | 04/02/2019 | $994.00 | 06/03/2019 | $541.00 |
| 06/18/2019 | $541.00 | 07/16/2019 | $541.00 | 08/21/2019 | $541.00 | 09/04/2019 | $541.00 |
| 10/02/2019 | $541.00 | 12/03/2019 | $541.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WILLIAM E. GLANCEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JEANIE D. WIESNER, ESQUIRE | 13 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| 0 | JEANIE D. WIESNER, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 1 | ADVANCED FINANCIAL COMPANY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CANCER TREATMENT CENTERS OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL COLLECTION SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DISCOVER FINANCIAL SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | EASTERN REGIONAL MEDICAL CENTER, INC. | 33 | $17,243.00 | $15,665.15 | $1,577.85 | $4,848.24 |
| 8 | PREMIER BANKCARD, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | FIRST USA BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | HSBC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | HSBC-BOSCOVS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | INDYMAC MORTGAGE SERVICES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MCCABE, WEISBERG & CONWAY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | STATE OF NEW JERSEY | 33 | $2,080.83 | $1,890.42 | $190.41 | $585.07 |
| 16 | NEW CENTURY FINANCIAL SERVICES, INC. | 24 | $2,632.58 | $2,632.58 | $0.00 | $0.00 |
| 17 | CIT BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PRESSLER, FELT & WARSHAW, LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SEARS-CITIBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | STRADLEY RONON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ZUCKER, GOLDBERG & ACKERMAN, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SCOTT M. ZAUBER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | STATE OF NEW JERSEY | 24 | $2,640.54 | $2,640.54 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2015 | 52.00 | $0.00 |
| 08/01/2019 | Paid to Date | $26,246.00 |
| 09/01/2019 | 7.00 | $584.00 |
| 04/01/2020 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,863.00 |
| Total paid to creditors this period: | $5,833.31 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,297.00 |
| Attorney: | JEANIE D. WIESNER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**