| **Information to identify the case:** | |
|---|---|
| Debtor 1    William E. Glancey<br>              First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6843<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)    First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number:   15–14390–JNP | |

## Order of Discharge                                                                                                                     12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   William E. Glancey
   aka William E. Glancey Jr.


12/3/20                                                                    **By the court:** Jerrold N. Poslusny Jr.
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
William E. Glancey  
    Debtor(s)

Case No. 15-14390-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 03, 2020 | Form ID: 3180W | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William E. Glancey, 256 Asbury Road, Egg Harbor Twp., NJ 08234-7120 |
| cr | + | OneWest Bank N.A., PO Box 9013, Addison, TX 75001-9013 |
| 515381903 | + | Advanced Financial Company, POB 4068, Carlsbad, CA 92018-4068 |
| 516116531 | + | CIT Bank, N.A., fka OneWest Bank N.A., fka OneWest Bank, FSB, P.O. Box 9013, Addison, Texas 75001-9013 |
| 515381905 | + | Cancer Treatment Centers Of America, 1331 East Wyoming Ave, Phila, PA 19124-3808 |
| 515381909 | + | Eastern Regional Medical Center, 1331 East Wyoming Ave, Phila, PA 19124-3808 |
| 515426176 | + | Eastern Regional Medical Center, Inc., Stradley Ronon Steven & Young, LLP, 2005 Market Street Ste 2600, Philadelphia, PA 19103-7098 |
| 518799676 | | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 518799677 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, MTGLQ Investors, LP c/o Rushmore Loan Management Services 92619-2708 |
| 515381916 | + | McCabe, Weisberg & Conway, 216 Haddon Ave, Ste 303, Westmont, NJ 08108-2811 |
| 515616421 | + | New Century Financial Services, Inc., c/o Pressler and Pressler, LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 515486697 | + | OneWest Bank N.A., formerly, known as OneWest Bank, FSB, P.O. Box 9013, Addison, Texas 75001-9013 |
| 515558352 | + | Portfolio Recovery Associates, 5425 Robin Hood Road, Suite 201, Norfolk, VA 23513-2481 |
| 515381921 | + | Pressler & Pressler, Attn: New Century Financial, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 515381918 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division Of Taxation, POB 245, Trenton, NJ 08695 |
| 515381923 | + | Stradley Ronon, Attn Eastern Regional Medical Center, 2005 Market St #2600, Philadelphia, PA 19103-7098 |
| 515381925 | + | Zucker, Goldberg & Ackerman, LLC, POB 1024, Mountainside, NJ 07092-0024 |
| 517560272 | + | c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, Virginia 23452-4262 |
| 517560273 | + | c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, Virginia 23452, c/o LoanCare, LLC, 3637 Sentara Way Virginia Beach, Virginia 23452-4262 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2020 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2020 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: EBN_Notifications@OWB.com | Dec 03 2020 22:05:00 | OneWest Bank NA, 888 East Walnut Street, Pasadena, CA 91101-1895 |
| 515381904 | | EDI: BANKAMER.COM | Dec 04 2020 02:33:00 | Bank of America, POB 982235, El Paso, TX 79998 |
| 515381906 | | Email/Text: clientrep@capitalcollects.com | Dec 03 2020 22:06:00 | Capital Collection Service, POB 150, West Berlin, NJ 08091-0150 |
| 515381907 | + | EDI: CAPITALONE.COM | Dec 04 2020 02:33:00 | Capital One, POB 30281, Salt Lake City, UT 84130-0281 |

Case 15-14390-JNP    Doc 81    Filed 12/05/20    Entered 12/06/20 00:21:45    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: 3180W | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 515381908 | | EDI: DISCOVER.COM | Dec 04 2020 02:33:00 | Discover Financial Services, POB 15316, Wilmington, DE 19850-5316 |
| 515381910 | + | EDI: AMINFOFP.COM | Dec 04 2020 02:33:00 | First Premier Bank, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 515381912 | + | EDI: HFC.COM | Dec 04 2020 02:33:00 | HSBC Bank, POB 9, Buffalo, NY 14240-0009 |
| 515381913 | + | EDI: HFC.COM | Dec 04 2020 02:33:00 | HSBC-Boscovs, POB 4274, Reading, PA 19606-0674 |
| 515381915 | | EDI: IRS.COM | Dec 04 2020 02:33:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 515381914 | + | Email/Text: EBN_Notifications@OWB.com | Dec 03 2020 22:05:00 | IndyMac Mortgage Services, POB 4045, Kalamazoo, MI 49003-4045 |
| 515381911 | | EDI: JPMORGANCHASE | Dec 04 2020 02:33:00 | First USA Bank, 800 Brooksedge Blvd., Westerville, OH 43081 |
| 515381917 | + | Email/PDF: bankruptcy@ncfsi.com | Dec 03 2020 23:22:36 | New Century Financial Services, 110 S. Jefferson Rd 104, Whippany, NJ 07981-1038 |
| 515381919 | + | Email/Text: EBN_Notifications@OWB.com | Dec 03 2020 22:05:00 | Onewest Bank, Home Loan Servicing, 6900 Beatrice Dr., Kalamazoo, MI 49009-9559 |
| 515381920 | | EDI: PRA.COM | Dec 04 2020 02:33:00 | Portfolio Recovery Assoc., 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4962 |
| 515381924 | + | EDI: RMSC.COM | Dec 04 2020 02:33:00 | SYNCHRONY Bank/JC Penney, POB 965007, Orlando, FL 32896-5007 |
| 515381922 | | EDI: CITICORP.COM | Dec 04 2020 02:33:00 | Sears-Citibank, POB 6282, Sioux Falls, SD 57117-6282 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515478322 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State Of New Jersey, Division Of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| aty | ##+ | Buckley Madole, PC, 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2020           Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 03, 2020 | Form ID: 3180W | Total Noticed: 37 |

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor CIT Bank  N.A. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ Investors  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeanie D. Wiesner | on behalf of Debtor William E. Glancey jwiesner@subranni.com  dhoff@subranni.com;cwild@subranni.com;tom@subranni.com |
| Kevin P. Diskin | on behalf of Creditor OneWest Bank N.A. NJ_ECF_Notices@McCalla.com |
| Melissa S DiCerbo | on behalf of Creditor CIT Bank  N.A. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor MTGLQ Investors  LP rsolarz@kmllawgroup.com |

TOTAL: 8